Mark Ticer
P.O. Box 7148
Oakland, CA 94601
510-469-1067
mark.ticer@yahoo.com

Mark Ticer, Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK TICER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY<br><br>　　　　　Defendant. | Case No.: 16-cv-02198-KAW<br><br>**UNOPPOSED REQUEST TO CONTINUE HEARING ON MOTION TO DISMISS, DEADLINE FOR FILING OPPOSITION TO MOTION TO DISMISS AND REPLY**<br><br>Judge: Magistrate Hon. Kandis A. Westmore<br>Action Filed: April 22, 2016 |

　　　Pro Se Plaintiff Mark Ticer respectfully requests the Court to continue the upcoming Motion to Dismiss deadlines by approximately 15 days, as set forth below, so that Plaintiff has sufficient time to prepare his opposition:

- Opposition:　　August 9, 2016
- Reply:　　　　August 23, 2016
- Hearing Date:　September 1, 2016, or as soon thereafter as is convenient for the Court.

　　　While Plaintiff has previously requested and the Court granted a 30-day extension of his Opposition deadlines, because of his disabilities including PTSD, Plaintiff continues to have

1  difficulty preparing his Opposition.  Defendant has agreed to the new 15 day extension, and the
2  Reply deadline and hearing date accommodate counsel's schedule (Exhibit A).  Plaintiff appreciates
3  the Court's consideration of this request.

5     I declare under penalty of perjury that the foregoing is true and correct.

8     DATED: July 13, 2016

10    Mark Ticer
      Plaintiff Pro Se

