Mark Ticer
PO Box 7148
Oakland, CA 94601
510-469-1067

Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARK TICER,**<br><br>Plaintiff,<br><br>vs.<br><br>**BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY**<br><br>Defendant. | Case No. 4:16-CV-02198-KAW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>Judge: Kandis A. Westmore<br>Trial Date: Not yet assigned<br>Action Filed: 4/22/2016 |

1

The Plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEARBY ORDERED that Plaintiff Mark Ticer shall be referred to the Federal Pro Bono Project ("Project") in the matter set forth below:

1. The clerk shall forward the Referral Order to the Project office in San Francisco. The scope of this referral shall be for full scope representation.

2. All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

3. Upon being notified by the Project that an attorney has been located to represent Plaintiff, that attorney shall be appointed as counsel for Mark Ticer in this matter for the scope of representation described above.

4. All proceedings in this action are hereby stayed for three weeks.

IT IS SO ORDERED.

Date: 10/6/2017

*Kandis Westmore*
KANDIS A. WESTMORE
*United States Magistrate Judge*