| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | JEFFREY R. VINCENT |
| | Supervising Deputy Attorney General |
| 3 | KYMBERLY E. SPEER |
| | Deputy Attorney General |
| 4 | State Bar No. 121703 |
| |   1515 Clay Street, 20th Floor |
| 5 |   P.O. Box 70550 |
| |   Oakland, CA 94612-0550 |
| 6 |   Telephone: (510) 879-0985 |
| |   Fax: (510) 622-2270 |
| 7 |   E-mail: Kymberly.Speer@doj.ca.gov |

*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK TICER,<br><br>                              Plaintiff,<br><br>v.<br><br>GREGORY YOUNG, PROFESSOR OF SAN JOSE STATE UNIVERSITY, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>                            Defendants. | 16-cv-02198-KAW<br><br>STIPULATION TO CONSOLIDATE STATE CASE INTO FEDERAL CASE; [~~PROPOSED~~] ORDER<br><br><br>Judge:      Kandis A. Westmore<br>Trial Date:  Not yet assigned<br>Action Filed: 4/22/2016 |
| MARK TICER, Pro Se,<br><br>                            Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY dba SAN JOSE STATE UNIVERSITY; GREGORY YOUNG, Professor of SJSU and an Individual; and DOES 1-100 Inclusive,<br><br>                            Defendants. | **Other action pending in Santa Clara Superior Court:**<br><br>Case No. 16CV297218<br><br><br>Trial Date:  Not yet assigned<br>Action Filed: 7/5/2016 |

1

On September 19, 2017, the parties attended a Case Management Conference before Mag. Judge Kandis Westmore of the above-entitled Court. As a result of the topics discussed at that conference, and pursuant to FRCivP. Rules 16(c), Civil L.R. 3-13 and 7-12, and Cal.R.Civ.Proc. 1048(a), the parties hereby stipulate as follows:

1. This federal action, *Ticer v. Gregory Young, et al.*, Civ. Case No. 16-cv-02198, asserts claims for violation of the Americans with Disabilities Act, Title II – 42 U.S.C. § 12131 *et seq.* and/or the Rehabilitation Act of 1973, Section 504 – 29 U.S.C. § 794 *et seq.* against defendant Board of Trustees of the California State University, which is the State of California acting in its Higher Education Capacity ("the Board").

2. Also pending, in Santa Clara Superior Court, is the case *Ticer v. Board of Trustees of the California State University, et al.*, Case No. 16CV297218, which asserts state-law claims for intentional infliction of emotional distress and negligence as against defendants the Board and former CSU professor Gregory Young.

3. *Ticer v. Young* (federal) and *Ticer v. Bd. of Trustees* (state) arise from the same underlying facts concerning plaintiff's enrollment at San Jose State University (SJSU) and efforts to complete coursework for a degree in Chemical Engineering, and in particular plaintiff's September 20, 2011 interactions with Prof. Young and Dr. Emily Allen on behalf of SJSU, and a later meeting between plaintiff and Prof. Young on April 23, 2014.

4. The state common-law claims currently asserted in *Ticer v. Bd. of Trustees* originally were part of the federal Complaint filed in *Ticer v. Young* on April 22, 2016. But on June 30, 2016, plaintiff *pro se* voluntarily dismissed his state-law claims from the federal case and re-filed them on July 5, 2016 as *Ticer v. Bd. of Trustees* in Santa Clara Superior Court.

5. To avoid conflicts, conserve resources and promote an efficient determination of this dispute, the parties hereby stipulate to consolidate plaintiff's state-law causes of action back into *Ticer v. Young* for decision by this federal court. To facilitate the consolidation, by entering into this Stipulation the Board waives its immunity to suit under the 11th Amendment of the U.S. Constitution concerning plaintiff's claims for intentional infliction of emotional distress and negligence.

2

Stipulation to Consolidate State Case into Federal Case (16-cv-02198-KAW)

6. Upon approval of this Stipulation by the Court, plaintiff shall within 30 days (a) file a Third Amended Complaint in *Ticer v. Young* (federal) so as to include causes of action for negligence and intentional infliction of emotional distress as against Prof. Young and the Board of Trustees which are identical to the claims currently pleaded in the First Amended Complaint on file in *Ticer v. Trustees*, and (b) return to defense counsel an executed Request for Dismissal with prejudice as to *Ticer v. Bd. of Trustees* (state). Defense counsel shall file the Request for Dismissal and send a conformed to plaintiff.

**IT IS SO STIPULATED.**

Dated: October 10, 2017

_____
Mark Ticer
Plaintiff, *pro se*

Dated: October 9, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Kymberly E. Speer*
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*

[Proposed]

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: October 13, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Mark Ticer v. Gregory Young**
Case No.:    **16-cv-02198-KAW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>October 10, 2017,</u> I served the attached **STIPULATION TO CONSOLIDATE STATE CASE INTO FEDERAL CASE; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550, addressed as follows:


Mark Ticer
P.O. Box 7148
Oakland, CA 94601-0148
*Plaintiff in Pro Se*



I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 10, 2017, at Oakland, California.

|  Lucia Rodriguez  | /s/ Lucia Rodriguez |
|:---:|:---:|
| Declarant | Signature |

OK2016900371
POS.docx

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK TICER,

        Plaintiff,

v.

GREGORY YOUNG, ET AL et al,

        Defendant.
_____/

Case Number: CV16-02198 KAW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Ticer
P. O. Box 7148
Oakland, CA 94601

Dated: October 16, 2017

                                      Susan Y. Soong, Clerk

                                      By: Susan Imbriani, Deputy Clerk