Alexis Alvarez Cal. SBN 281377
Jinny Kim Cal. SBN 208953
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: aalvarez@legalaidatwork.org
        jkim@legalaidatwork.org

Counsel for Mark Ticer

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK TICER,

        Plaintiff,

   v.

GREGORY YOUNG, et al.,

        Defendants.

Case No. 4:16−cv−02198−KAW

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE MANAGEMENT CONFERENCE TO FEBRUARY 27, 2018**

WHEREAS, on April 22, 2016, Plaintiff, proceeding pro se, filed his Complaint in this matter.

WHEREAS on October 4, 2017, Plaintiff filed a motion for appointment of counsel.

WHEREAS, on October 6, 2017, the Court granted Plaintiff's motion and referred Plaintiff to the Federal Pro Bono Project, staying proceedings pending the appointment of counsel.

WHEREAS, on November 7, 2017, the Court lifted the stay because the Federal Pro Bono Project had not yet been able to find counsel for Plaintiff and set the next case management conference for January 30, 2018.

WHEREAS, on November 13, 2017, Plaintiff filed his Third Amended Complaint.

WHEREAS, on December 29, 2017, Alexis Alvarez and Jinny Kim filed notices of appearance as counsel for Plaintiff in this matter.

WHEREAS, counsel for the parties have met and conferred about the status of the case. Plaintiff's counsel will send a draft Fourth Amended Complaint (FAC) within 30 days and Defendants will respond within 14 days as to whether it will stipulate to the filing of the FAC.

WHEREAS, the next case management conference is set for January 30, 2018 and the next case management statement is due by January 23, 2018.

WHEREAS, Plaintiff's counsel has just appeared in this case and is diligently working to become familiar with the case and prepare the draft FAC.

WHEREAS, Defendants are agreeable to extending the case management conference to February 27, 2018.

THEREFORE, it is hereby stipulated between the parties, subject to approval by the Court, that the Case Management Conference be extended to February 27, 2018 and the deadline for the next case management statement be extended accordingly.

IT IS SO STIPULATED.

Dated:  January 12, 2018                    Respectfully Submitted,

Alexis Alvarez
Jinny Kim

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE MANAGEMENT
CONFERENCE TO FEBRUARY 27, 2018

LEGAL AID AT WORK

By: /s/ Alexis Alvarez

ALEXIS ALVAREZ
Attorneys for Plaintiff MARK TICER


Dated: January 12, 2018


XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General


By: /s/ Kymberly E. Speer

KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*


Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.


Dated: January 12, 2018

LEGAL AID AT WORK

By: /s/ Alexis Alvarez

ALEXIS ALVAREZ
Attorneys for Plaintiff MARK TICER

<u>ORDER</u>

Having considered the Stipulation of the parties and GOOD CAUSE appearing, this Court hereby approves the foregoing stipulation and extends the next case management conference to February 27, 2018 at 1:30 p.m. The case management statement is due by February 20, 2018.

IT IS SO ORDERED.

Dated:  January  11, 2018

By:  _____
The Honorable Kandis A. Westmore
United States Magistrate Judge