Alexis Alvarez (Cal. SBN 281377)
Jinny Kim (Cal. SBN 208953)
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: aalvarez@legalaidatwork.org
jkim@legalaidatwork.org

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TICER,<br><br>Plaintiff,<br>v.<br><br>GREGORY YOUNG, et al.,<br><br>Defendants. | Case No. 4:16−cv−02198−KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

1       WHEREAS, on April 22, 2016, Plaintiff, proceeding pro se, filed his Complaint in this matter.

      WHEREAS, on July 31, 2017, Plaintiff filed his Second Amended Complaint.

      WHEREAS, on October 4, 2017, Plaintiff filed a motion for appointment of counsel.

      WHEREAS, on October 6, 2017, the Court granted Plaintiff's motion and referred Plaintiff to the Federal Pro Bono Project, staying proceedings pending the appointment of counsel.

      WHEREAS, Plaintiff also had a state case pending in Santa Clara Superior Court, *Ticer v. Board of Trustees of the California State University, et al.*, Case No. 16CV297218, which was based on the same underlying facts as this case and asserted state-law claims against Defendants the Board of Trustees of the California State University ("the Board") and former California State University ("CSU") Professor, Gregory Young.

      WHEREAS, on October 10, 2017, Defendants filed the parties' stipulation to consolidate the instant matter and Plaintiff's state case.

      WHEREAS, on October 13, 2017, the Court approved the parties' stipulation and, per the stipulation, ordered Plaintiff to file a third amended complaint within 30 days.

      WHEREAS, on November 7, 2017, the Court lifted the stay because the Federal Pro Bono Project had not yet been able to find counsel for Plaintiff and set the next case management conference for January 30, 2018.

      WHEREAS, on November 13, 2017, Plaintiff filed his Third Amended Complaint.

      WHEREAS, on December 29, 2017, Alexis Alvarez and Jinny Kim filed notices of appearance as counsel for Plaintiff in this matter.

      WHEREAS, on January 2, 2018, counsel for the parties met and conferred about the status of the case and Plaintiff's intention to file a Fourth Amended Complaint

      WHEREAS, on February 2, 2018, Plaintiff's counsel shared with opposing counsel a draft of Plaintiff's Fourth Amended Complaint.

//

//

WHEREAS, Defendants have agreed to the filing of Plaintiff's Fourth Amended Complaint so long as Defendants have 30 days from the date of filing to file their motion to dismiss.

THEREFORE, the parties hereby stipulate, subject to approval by the Court, that Plaintiff Mark Ticer shall be granted leave to file his Fourth Amended Complaint as set forth in Exhibit A and that Defendants shall have 30 days to file a motion to dismiss.

IT IS SO STIPULATED.

Dated: February 26, 2018

Respectfully Submitted,

Alexis Alvarez
Jinny Kim
LEGAL AID AT WORK

By: /s/ Alexis Alvarez
ALEXIS ALVAREZ
Attorneys for Plaintiff MARK TICER

Dated: February 26, 2018

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

By: /s/ Kymberly E. Speer
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated: February 26, 2018

                                      LEGAL AID AT WORK

                          By: /s/ Alexis Alvarez
                              ALEXIS ALVAREZ
                              Attorneys for Plaintiff MARK TICER

ORDER

Having considered the Stipulation of the parties and GOOD CAUSE appearing, this Court hereby approves the foregoing stipulation and grants Plaintiff leave to file his Fourth Amended Complaint. Defendants shall have 30 days to answer or to file a motion to dismiss.

IT IS SO ORDERED.

Dated: February 26, 2018

By: /s/ Kandis Westmore
The Honorable Kandis A. Westmore
United States Magistrate Judge