XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
KYMBERLY E. SPEER
Deputy Attorney General
State Bar No. 121703
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0985
  Fax: (510) 622-2270
  E-mail: Kymberly.Speer@doj.ca.gov

*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TICER,<br><br>                            Plaintiff,<br><br>v.<br><br>GREGORY YOUNG, PROFESSOR OF SAN JOSE STATE UNIVERSITY, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>                           Defendants. | 16-cv-02198-KAW<br><br>**STIPULATED ADMINISTRATIVE MOTION TO EXTEND ADR DEADLINE**<br><br>**[Local Rules 6, 7.11, and 7.12]**<br><br>Judge:      The Honorable Kandis A. Westmore<br>Trial Date:  October 15, 2019<br>Action Filed: April 22, 2016 |

**RELIEF REQUESTED**

Pursuant to Local Rules 6, 7.11 and 7.12, the parties wish to extend the current ADR deadline, November 15, 2018, to December 7, 2018. In consultation with ENE evaluator Ellyn Moscowitz, pending approval of this motion the parties have tentatively set their combined ENE/mediation for November 29, 2018. The additional week of time, to December 7, is requested in the event the November 29 date is not convenient for any of the parties/decision-makers.

1

## BACKGROUND

This is a disability discrimination case filed by plaintiff Mark Ticer, *pro se*, on April 22, 2016. Docket 1. Plaintiff did not retain counsel until late December, 2017, and counsel filed their Notices of Appearance on January 2, 2018. Dockets 73 and 74. The operative pleading, the Fifth Amended Complaint, was filed May 24, 2018. Docket 95. This case was put at-issue with Defendants' Answer on June 7, 2018. Docket 98.

This case was assigned to ENE on June 12, 2018 (Docket 100), with a stipulated ENE deadline of November 16, 2018. Docket 100. An ENE evaluator was first appointed on September 18, 2018. Docket 111. The parties' first call with evaluator Moscowitz was held the morning of September 24, 2018.

The parties have conducted extensive written discovery. Defendant Young was deposed September 13 and plaintiff was deposed September 21; the parties also are working on scheduling the deposition of defendant California State University's 30(b)(6) representative during the first two weeks of October.

This is the parties' first requested extension of time for ADR.

## GROUNDS FOR REQUESTED RELIEF

Until six days ago, counsel for defendants, Deputy Attorney General Kymberly E. Speer, was set for trial in *Zayas v. Ortega*, USDC-ND Case No. 3:17-cv-02739, on November 5-7, 2018 before Judge Edward Chen. At the *Zayas* Pretrial Conference on September 19, 2018, Judge Chen advised the parties that he had moved the trial dates to Nov. 13-15 and 19, 2018, with jury selection to be Nov. 7. See *Zayas*, Docket 101. (The trial dates have since been amended again, to eliminate jury selection on Nov. 7. *Zayas*, Docket 104.)

The parties to the instant case wish to continue the deadline for ENE in the instant case so as to avoid the scheduling conflict caused by the unanticipated change to the trial dates in *Zayas*. Defendants proposed the ADR continuance in the parties' first conference call with ENE evaluator Moscowitz the morning of September 24, 2018, and the parties have tentatively set a date for the ENE/mediation on November 29, 2018, pending resolution of this stipulated motion.

2

As noted above, the parties wish to extend the deadline for ADR to December 7 so as to avoid needing another extension in the event the tentative ENE date of November 29 is not convenient for defendant Young or CSU's representatives/decision-makers.

**SO STIPULATED.**

Respectfully submitted,

Dated: September 25, 2018

Alexis Alvarez
Jinny Kim
LEGAL AID AT WORK

By: /s/ *Alexis Alvarez*
ALEXIS ALVAREZ
Attorneys for Plaintiff MARK TICER

Dated: September 25, 2018

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Kymberly E. Speer*
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document was obtained from the other Signatory as confirmed in an email of September 24, 2018.

s/ *Kymberly E. Speer*
Kymberly E. Speer

# ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the parties' stipulated motion to extend the deadline for ADR to December 7, 2018 is GRANTED.

Dated: 10/01/18

_____
Mag. Judge Kandis Westmore

OK2016900371
Stip Admin Motion to Extend ADR Deadline.docx