1  Alexis Alvarez, Cal. SBN 281377
2  Jinny Kim, Cal. SBN 208953
   LEGAL AID AT WORK
3  180 Montgomery Street, Suite 600
   San Francisco, CA 94104
4  Telephone: (415) 864-8848
5  Facsimile: (415) 593-0096
   Email: aalvarez@legalaidatwork.org
6         jkim@legalaidatwork.org

7  Counsel for Plaintiff
8
    XAVIER BECERRA
9   Attorney General of California
    JEFFREY R. VINCENT
10  Supervising Deputy Attorney General
    KYMBERLY E. SPEER
11  Deputy Attorney General
    State Bar No. 121703
12    1515 Clay Street, 20th Floor
      P.O. Box 70550
13    Oakland, CA  94612-0550
      Telephone:  (510) 879-0985
14    Fax:  (510) 622-2270
15    E-mail:  Kymberly.Speer@doj.ca.gov

16 *Attorneys for Defendants Board of Trustees*
17 *of the California State University and Gregory Young*

18
19                **UNITED STATES DISTRICT COURT**
20              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
21                       **OAKLAND DIVISION**
22

| | |
|---|---|
| 23  MARK TICER, | Case No. 4:16−cv−02198−KAW |
| 24          Plaintiff, | |
| 25     v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF THE PENDING LAWSUIT** |
| 26  GREGORY YOUNG, et al., | |
| 27          Defendants. | **[Fed. R. Civ. P. 41(a)]** |
| 28 | |

1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a).

Dated: April 30, 2019

Respectfully Submitted,

Alexis Alvarez
Jinny Kim
LEGAL AID AT WORK

By: /s/ Alexis Alvarez
ALEXIS ALVAREZ
Attorneys for Plaintiff MARK TICER

Dated: April 30, 2019

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

By: /s/ Kymberly E. Speer
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants Board of Trustees of the California State University and Gregory Young*

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

/s/ *Kymberly E. Speer*
Kymberly E. Speer

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | IT IS HEREBY ORDERED THAT the above-captioned action is dismissed with |
| 3 | prejudice pursuant to Fed. R. Civ. Proc. 41(a). |

Dated: ___May 1___, 2019

_Kandis Westmore_
Honorable Kandis Westmore
United States ~~District~~ ~~Court~~ Judge
Magistrate